112 So.2d 355

## Louis E. DAVIS

v.

## STATE.

## 1 Div. 818.

Supreme Court of Alabama.

May 21, 1959.

John Patterson, Atty. Gen., and Wm. C. Younger, Asst. Atty. Gen., for petitioner.

Harry Seale, Mobile, opposed.

STAKELY, Justice.

Louis E. Davis was convicted of first-degree manslaughter and appealed to the Court of Appeals. The judgment of conviction was reversed and the State, by its Attorney General, brought petition for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Davis v. State, 112 So.2d 353.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

113 So.2d 186

## Samuel Simpson DAVIS

v.

## STATE.

## 7 Div. 451.

Supreme Court of Alabama.

May 21, 1959.

Rehearing Denied June 25, 1959.

McCord & Martin and Pilcher & Floyd, Gadsden, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

MERRILL, Justice.

Petition of Samuel Simpson Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Davis v. State, 113 So.2d 184.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

111 So.2d 25

## J. E. DENNIS

v.

## STATE.

## 8 Div. 982.

Supreme Court of Alabama.

April 9, 1959.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

Claud D. Scruggs, Guntersville, opposed.

COLEMAN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Dennis v. State, 111 So.2d 21.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.